UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MCHIGAN
SOUTHERN DIVISON

IN RE:

NADEEM KHAN,

       Debtor,

_____/

NADEEM KHAN,

       Appellant,

v.

AURORA LOAN SERVICES, LLC,

       Appellee.

_____/

Civil Case No. 14-cv-10841
Bankruptcy Case No. 13-62234
Honorable Linda V. Parker

## **JUDGMENT**

In this appeal, Appellant-Debtor challenges the bankruptcy court's decisions confirming that no automatic stay was in effect.  Appellee filed a motion to dismiss on March 31, 2014, which this Court granted in an Opinion and Order issued on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Appellant-Debtor's appeal is **DISMISSED WITH PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 16, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record

and/or pro se parties on this date, July 16, 2014, by electronic and/or U.S. First Class mail.

s/ Richard Loury
Case Manager